IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CV-57-FL

| | |
|---|---|
| SHARON GUTHRIE, )<br>　　　　Plaintiff, )<br> )<br>　v. )<br> )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security, )<br> )<br>　　　　Defendant. )<br>_____ ) | ORDER |

　　　　Plaintiff's request for $18,546.75 ($15,405.00 from plaintiff and $3,141.75 from her minor daughter) in attorney's fees under section 406(b) is GRANTED. Upon receipt of the 406(b) fees, plaintiff's counsel shall refund to plaintiff $4,500.00 which equals the amount plaintiff's counsel previously received under the Equal Access to Justice Act.

　　　　This  22nd  day of      August     , 2015.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE